79D01-2104-CT-000062

Tippecanoe Superior Court 1

Filed: 4/20/2021 12:06 PM
Clerk
Tippecanoe County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE TIPPECANOE SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF TIPPECANOE | ) | CAUSE NO. |

STEVEN MARTIN,          )
                       )
           Plaintiff,  )
                       )
vs.                    )
                       )
MENARD, INC.,          )
                       )
           Defendant.  )

## COMPLAINT FOR DAMAGES

### COUNT I

Plaintiff, Steven Martin, for his first claim for relief states:

1. On June 10, 2019, Plaintiff, Steven Martin, was on the premises of the Defendant, Menard, Inc., located at 2850 South Creasy Lane, in the City of Lafayette, Tippecanoe County, Indiana.

2. Plaintiff, Steven Martin, was sitting on a patio chair display, when the chair broke causing Plaintiff, Steven Martin, to fall.

3. The injuries and damages were the responsible result of the carelessness and negligence of agents and/or employees of the Defendant, Menard, Inc., by failing to properly maintain and inspect their displays in a safe condition.

4. As a result of the incident, Plaintiff, Steven Martin, sustained physical injuries which may be permanent and suffered physical and mental pain.

5. As a further result of the incident, Plaintiff, Steven Martin, incurred hospital and medical expenses, lost wages, and may incur such expenses and losses in the future, as well as the loss of a whole and useful life.

WHEREFORE, Plaintiff, Steven Martin, demands judgment against Defendant, Menard, Inc. in an amount that will reasonably compensate him for the injuries and damages that he sustained, for the costs of this action and for all other just and proper relief in the premises and for trial by jury.

*/s/ R.T. Green*

R.T. Green (7279-03)
Collin Green (33781-49)
Letha Maier (34371-29)
Attorneys for Plaintiff
BLACKBURN & GREEN
8202 Clearvista Parkway
Building 8, Suite B
Indianapolis, IN 46256
Telephone: (317) 489-4700
Indianapolis, IN 46256
Telephone: (317) 489-4700